■ BRESSLER, DIRECTOR & ROTHENBERG, Appellant, v GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA et al., Respondents.—Appeal from order, Supreme Court, New York County (George Bundy Smith, J.), entered on June 27, 1985, unanimously dismissed as nonappealable, without costs and without disbursements, and order of said court (Ira Gammerman, J.), entered on July 3, 1985, unanimously affirmed, without costs and without disbursements. No opinion. Concur —Murphy, P. J., Kupferman, Ross, Bloom and Rosenberger, JJ.

■ In the Matter of KEVIN RICHMOND, Appellant, v BENJAMIN WARD, as Police Commissioner of the City of New York, et al., Respondents.—Appeal from judgment, Supreme Court, New York County (Kristin Glen, J.), entered on August 14, 1984, unanimously deemed, *de novo,* an article 78 proceeding transferred to this court for determination and, upon such transfer the judgment vacated and determination of the respondents, dated December 1, 1983, unanimously confirmed, without costs and without disbursements. The court has disposed of all issues in this proceeding as if the matter had been properly transferred in the first instance. (CPLR 7804 [g]; *Matter of Rivera v Beekman,* 86 AD2d 1.) Concur—Murphy, P. J., Kupferman, Ross, Bloom and Rosenberger, JJ.